United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ASAP COPY AND PRINT, et al.,              No. C 13-04621 SI

12           Plaintiffs,                      **ORDER GRANTING PLAINTIFFS'**
                                              **MOTION FOR ENLARGEMENT OF**
13       v.                                   **TIME AND MODIFIED BRIEFING**
                                              **SCHEDULE AND HEARING DATE**
14  JERRY BROWN, et al.,

15           Defendants.
    _____/

16

17        On October 4, 2013, plaintiffs filed their complaint against multiple defendants.  Docket No. 1.

18  On February 13, 2014, defendant, the County of Los Angeles, filed a motion to dismiss and noticed the

19  motion for a hearing on March 21, 2014.  Docket No. 37.  The response date for this motion was set for

20  February 27, 2014.  *Id.*  Defendants Benavidez, Clarke, Boren, Carter, Casados, Chaparyan, Bland,

21  Fischer, Ghobrial, Kuhle, Lane, McCullough, McGuire, Mitchell, Scheper, Sortino and the Superior

22  Court of the County of Los Angeles filed motions to dismiss and to change venue, and noticed the

23  motions for hearing on March 21, 2014.  Docket Nos. 39, 40.  The response date for these hearings was

24  erroneously set for April 4, 2014.  *Id.*  Defendant General Electric Corp. also filed a motion to dismiss

25  on February 13, 2014, and noticed the motion for hearing on April 4, 2014.  Docket No. 42.  The

26  response date for this motion was set for February 27, 2014.  *Id.*  On February 14, 2014, defendants

27  Jerry Brown and Kamala Harris filed a motion to dismiss and noticed the motion for hearing on April

28  4, 2014.  Docket No. 44.  Responses for this motion were set for February 28, 2014.  *Id.*   Defendant

Canon Business Solutions, Inc. filed a motion to dismiss on February 19, 2014, and noticed the motion for hearing on April 4, 2014. Docket No. 47. The response date for this motion was set for March 21, 2014. *Id.* Also on February 19, 2014, defendant Canon Financial Services, Inc. filed a motion to dismiss and noticed the motion for hearing on April 4, 2014. Docket No. 49. The response date for this motion was set for March 5, 2014. *Id.*

On February 21, 2014, plaintiffs filed a motion for extension of time to file responses and replies and/or for modified briefing schedule. Docket No. 56. Defendant Canon Financial Services, Inc. responded in opposition to plaintiffs' motion the same day. Docket No. 57.

Plaintiffs request that all hearings scheduled for March 21, 2014 and April 4, 2014 be rescheduled for May 9, 2014, and that a single briefing schedule be established. The Court finds that plaintiffs have shown good cause for an extension and GRANTS plaintiffs' motion.

The Court sets the following schedule for all of defendants' motions:

Plaintiffs' opposition briefs:  April 4, 2014

Defendants' reply briefs:      April 18, 2014

Hearing:                        May 9, 2014, 9:00 a.m.

The Court does not contemplate granting any further extensions of time on these motions.

**IT IS SO ORDERED.**

Dated: February 27, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE