IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAP COPY AND PRINT, et al., | No. C 13-4621 SI |
| Plaintiffs, | **RECUSAL ORDER** |
| v. | |
| JPMORGAN CHASE & CO., et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 3/18/14

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE