**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ASAP COPY AND PRINT, et al.,                    No. C 13-4621 MMC

11              Plaintiffs,                          **ORDER OF RECUSAL**

12        v.

13   JERRY BROWN, et al.,

14              Defendants.
                                              /

15

16        Having read and considered plaintiff Ali Tazhibi's Ex Parte Application, filed March

17   28, 2014 pursuant to 28 U.S.C. §§ 144 and 455, I hereby recuse myself from hearing or

18   determining any matters that have been assigned to me in the above-titled action.

19        The Clerk of Court is hereby DIRECTED to reassign the case to another district

20   judge.

21        **IT IS SO ORDERED.**

22   Dated: April 1, 2014                   _____

23                                          MAXINE M. CHESNEY
                                            United States District Judge
24

25

26

27

28