IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAP COPY AND PRINT, ET AL., | No. C 13-04621 CRB |
| Plaintiffs, | **ORDER GRANTING MOTION FOR CHANGE OF VENUE** |
| v. | |
| JERRY BROWN ET AL., | |
| Defendants. / | |

For the reasons stated in Defendants Superior Court of California, County of Los Angeles, et al.'s Motion for Change of Venue (dkt. 40) and pursuant to 28 U.S.C. § 1404(a), this Court hereby TRANSFERS this matter to the Central District of California.

**IT IS SO ORDERED.**

Dated: May 7, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\4621\order re transfer.wpd